ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     NOTICE OF INTENT TO
                                        FILE AN INFORMATION
        - v. -                    :
                                        12 Cr.
ERIC PROKOPI,                     :

                Defendant.        :

                                  :
- - - - - - - - - - - - - - - - x

12 CRIM 981

Judge Hellerstein

        PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 19 2012

                                        PREET BHARARA
                                        United States Attorney

                                By:     _____
                                        MARTIN S. BELL
                                        Assistant United States Attorney


                                        AGREED AND CONSENTED TO:

                                        _____
                                        GEORGES G. LEDERMAN, Esq.
                                        Attorney for Defendant
                                        ERIC PROKOPI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/12