UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :    WAIVER OF INDICTMENT

      - v. -                     :    12 Cr.

ERIC PROKOPI,                     :

      Defendant.                 :
- - - - - - - - - - - - - - - - - x

      ERIC PROKOPI, the defendant, who is accused of violating Title 18, United States Code, Sections 371, 542 and 2314, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                _____
                                Defendant

                                _____
                                Witness

                                _____
                                Counsel for Defendant

Date:    New York, New York
          December    , 2012


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 27 2012