# GEORGES G. LEDERMAN
### ATTORNEY AT LAW
### FEDERAL PLAZA
### 52 DUANE STREET, 7TH FLOOR
### NEW YORK, NY 10007

OF COUNSEL
DANZIGER, DANZIGER & MURO, LLP
405 PARK AVENUE, SUITE 502
NEW YORK, NY 10022
E-MAIL: georges@danziger.com

TELEPHONE: (212) 374-9160
FACSIMILE: (212) 732-6323
E-MAIL: ggl@lederman-law.com
www.lederman-law.com



RECEIVED JAN 14 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U S D J

January 14, 2013

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/13

Re:   *United States v. Prokopi*
      Docket No. 12-Cr.-981 (AKH)

Dear Judge Hellerstein:

     I represent Eric Prokopi, the defendant in the above-entitled action, which is pending before Your Honor for sentencing on April 19, 2013. I am writing this letter to request that this Court issue an Order temporarily modifying Mr. Prokopi's bail conditions for the limited purpose set forth below.

     Pursuant to a plea agreement with the Government, Mr. Prokopi entered a guilty plea to a three-count Information before Magistrate Judge Ronald L. Ellis on December 27, 2012 (the Government has submitted a proposed Order to this Court requesting that Your Honor accept my client's guilty plea). On that date Judge Ellis modified my client's travel restrictions, which had been limited at his arraignment to the Northern District of Florida and the Southern and Eastern Districts of New York and point-to-point travel in between these Districts, to include the Middle District of Florida, where my client's parents reside.

GEORGES G. LEDERMAN, ESQ.

The Honorable Alvin K. Hellerstein
January 14, 2013
Page Two

My client respectfully requests that this Court temporarily modify his bail conditions to permit him to travel from the Northern District of Florida, where he resides with his family, and Tucson, Arizona between January 25, 2013 and February 20, 2013 so that he may participate in the Tucson Gem, Mineral & Fossil Showcase (the "Tucson Show"), which is the annual trade show for gemstone, mineral and fossil retail dealers.

Since his arrest on October 22, 2012, my client, who is a self-employed commercial paleontologist, has been unable to earn an income to support himself, his wife and two young children. The Tucson Show would afford Mr. Prokopi the opportunity to sell lawful items and, hence, earn a modest income. In fact, the Tucson Show would be one of the few opportunities for him to do so in his chosen field.

I have contacted Assistant United States Attorney Martin S. Bell, who is prosecuting this action and who has indicated to me that the Government does not oppose this request. Further, should Your Honor grant this request, Mr. Prokopi will provide Pretrial Services in the Northern District of Florida with the address and contact information of his accommodations while in Tucson, Arizona.

Thank you for your consideration of this request.

Respectfully submitted,

Georges G. Lederman
*Attorney for Eric Prokopi*

cc: Martin S. Bell (via electronic mail)
Assistant United States Attorney

Tunle Verbust (via electronic mail)
Pretrial Services Officer
Northern District of Florida

*[Handwritten note:] So ordered on condition def't provide a detailed finan[cial] itin[erary] to USPO prior to travel. 1.4.13 [signature]*